896 A.2d 472

IN THE MATTER OF EARL S. DAVID, AN ATTORNEY
AT LAW (ATTORNEY NO. 028411988).

April 28, 2006.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **EARL S. DAVID** of **MATAWAN**, who was
admitted to the bar of this State in 1988, and who was suspended
from the practice of law for a period of fifteen months effective
October 20, 2004, by Order of this Court filed September 22, 2004,
be restored to the practice of law, effective immediately.